# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO.: 4:18-cr-230

KARREM JOVAN FRANKLIN,

Defendant.

## **O R D E R**

This Court held a hearing on January 16, 2020, on the January 13, 2020 Order, (doc. 220), directing counsel for Defendant, Ms. Daveniya Fisher, to show cause why she should not be held in contempt of court and sanctioned. In the Court's prior Order, (doc. 220), the Court detailed numerous instances where counsel demonstrated inattention to and disregard for the Court's orders and directives throughout this case. The Court previously warned counsel that it would not tolerate further disregard of the Court's Orders, but counsel did not heed that warning.

At the show cause hearing, counsel attempted to explain away her instances of indolence. However, those explanations did not ameliorate the Court's concerns. To the contrary, counsel was wholly unapologetic for her lack of regard of the Court's orders and failed to show why her conduct in this case should not face sanction. Therefore, the Court finds that Ms. Daveniya Fisher is in CONTEMPT of Court and imposes a SANCTION of $250.00 on her which she shall immediately pay to the Clerk of Court.

**SO ORDERED**, this 16th day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA